■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE JOSEPH, Appellant. [931 NYS2d 217]—

There is no basis for further reducing the sentence pursuant to CPL 440.46, and we perceive no basis for reducing defendant's term of postrelease supervision to 1½ years. Concur—Saxe, J.P., Friedman, Moskowitz, Freedman and Richter, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CESAR BERNACET, Appellant. [931 NYS2d 218]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Defendant may not challenge the voluntariness of his underlying guilty plea on this appeal (*see People v Jordan*, 16 NY3d 845 [2011]). Concur—Saxe, J.P., Friedman, Moskowitz, Freedman and Richter, JJ.